**UNITED STATES of America,**
**Appellant,**

v.

**J. M. ROARK et al.**

**No. 16067.**

United States Court of Appeals
Eighth Circuit.

Feb. 18, 1959.

Charles K. Rice, Asst. Atty. Gen., Edward L. Scheufler, U. S. Atty., Kansas City, Mo., for appellant.

Joseph R. Stewart, Kansas City, Mo., for appellees National Life Company and Kansas City Life Insurance Company.

Joseph E. Stevens, Jr., Kansas City, Mo., for appellee New York Life Insurance Company.

W. H. Curtis, Kansas City, Mo., for appellee Aetna Life Insurance Company.

C. E. Ruyle, Neosho, Mo., for appellees J. M. Roark et al.

PER CURIAM.

Cause remanded to the District Court with directions to vacate its judgment entered May 16, 1958, and to enter judgment in accordance with provisions of stipulation filed.

**Myrtle LA VANCHY and Mildred Boylan,**
**Appellants,**

v.

**UNITED STATES of America.**

**No. 16116.**

United States Court of Appeals
Eighth Circuit.

Feb. 20, 1959.

Bernard Steinger and Wayne C. Smith, Jr., St. Louis, Mo., for appellants.

Perry W. Morton, Asst. Atty. Gen., Roger P. Marquis, Atty., U. S. Department of Justice, Washington, D. C., Hugh Nugent, Atty., U. S. Department of Justice, Kansas City, Mo., and Harry Richards, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of diligent prosecution, on motion of appellee.